# Exhibit 1

Search Hewlett Packard Enterprise

**Brian Wheeler**

Messages | Add canvas | +

This conversation is just between @brian.wheeler and you. Check out their profile to learn more about them.

View Profile

Yesterday

**Brian Wheeler** 3:16 PM

Hello, this is brian

ted brother

so - my product i created is being taken away - and given to a director from the homefleet team. a product years behind schedule and largely a failure waiting to happen. and i get no say in it.

i need options to leave. i am being moved into a position that i don't believe in or agree with.

**Dani Caldwell** 3:46 PM

Hey- Let's try to chat tonight or tomorrow morning.

**Brian Wheeler** 3:48 PM

i think ill go on PTO for the max allowed days

Message Brian Wheeler

51°F 9:51 PM 10/30/2025

Search Hewlett Packard Enterprise

**Brian Wheeler**

Messages | Add canvas | +

Yesterday

[redacted] **Dani Caldwell** 3:46 PM
Hey- Let's try to chat tonight or tomorrow morning.

**Brian Wheeler** 3:48 PM
i think ill go on PTO for the max allowed days

[redacted] **Dani Caldwell** 3:51 PM
I need to get an engineering history from you. Let's set up time

**Brian Wheeler** 3:52 PM
basically just daily beatings over and over, and no rock bottom. new surprised ways to screw people over or treat them like shit every week 🙂

[redacted] **Dani Caldwell** 3:54 PM
What is Vega or Vulcan are those team names or program names?

**Brian Wheeler** 4:36 PM
Yeah, there's like 10 scrum teams that each have a made up name

Today

[redacted] **Dani Caldwell** 11:08 AM
Hey! Just checking in. I am going to be in Denver tomorrow, so was looking forward to meeting you. Will you be around?

Message Brian Wheeler

51°F 9:52 PM 10/30/2025

**Brian Wheeler**

Messages | Add canvas | +

Today

[redacted]

**Dani Caldwell** 11:08 AM

Hey! Just checking in. I am going to be in Denver tomorrow, so was looking forward to meeting you. Will you be around?

[redacted]

**Dani Caldwell** 11:49 AM

are there current release engineers now? How many do you think you would need?

SHould we have QA to come directly with us?

**Brian Wheeler** 12:01 PM

You can't build software without qa

There is a small group that does some parts of release management

But severely lacking

[redacted]

**Dani Caldwell** 12:11 PM

I think QA should come with you and we need to figure out how to build that out more.

**Brian Wheeler** 12:11 PM

We can talk tomorrow

It's sooo much to cover slacking won't do it justice

Message Brian Wheeler

51°F 9:53 PM 10/30/2025

**Brian Wheeler**

Messages Add canvas +

Today

**Brian Wheeler** 12:11 PM

We can talk tomorrow

It's sooo much to cover slacking won't do it justice

But really I just got my product taken away from me and I know it will now be a complete failure and I have 0 motivation to help

I get paid the same weather it succeeds or not

And I'm not trying to be mean. It's just the reality and I can't manufacture caring

**Dani Caldwell** 12:13 PM

I want to sit down with you to talk about what would help to get you all in. Open dialougue, but a brainstorming session you and I would that work?

**Brian Wheeler** 12:13 PM

The would be smart for hpe to just pay me to leave in exchange for not stealing people or going to a competitor with all the knowledge of how to beat them.

Yeah for sure.

**Dani Caldwell** 12:14 PM

we haven't had much interactions before, but engineering is my favorite part and I want to figure out what we go ask for to make sure we get this on track.

Message Brian Wheeler

51°F 9:54 PM 10/30/2025

Search Hewlett Packard Enterprise

**Brian Wheeler**

Messages | Add canvas | +

Today

**Dani Caldwell** 12:14 PM

we haven't had much interactions before, but engineering is my favorite part and I want to figure out what we go ask for to make sure we get this on track.

**Brian Wheeler** 12:14 PM

It's an easy convo. Fidelma destroys everything and nothing will ever succeed at hpe and under her watch.

**Dani Caldwell** 12:14 PM

Okay, we can talk more on all of it tomorrow!

want me to send an invite?

**Brian Wheeler** 12:16 PM

You're in the office?

I'm having Bhakti cancel and decline everything so I'll just be there

Cancelling Miami

And discover and Fidelma's leadership meeting

**Dani Caldwell** 12:18 PM

Message Brian Wheeler

51°F 9:55 PM 10/30/2025

Search Hewlett Packard Enterprise

**Brian Wheeler**

Messages    Add canvas    +

Today

You're in the office?

I'm having Bhakti cancel and decline everything so I'll just be there

Cancelling Miami

And discover and Fidelma's leadership meeting

**Dani Caldwell** 12:18 PM
Oh okay, Yes, I was going to come and see you tomorrow, also say hi to Ted and the others if they are in the office as well.

**Brian Wheeler** 12:22 PM
Nice. Lemme know what time your thinking

**Dani Caldwell** 12:24 PM
I am trying to get in tonight, what time do you all normally come in? 9 ish? I will plan to just spend the whole day and take meetings from there.

**Brian Wheeler** 12:32 PM
I'll probably do around 10 tomorrow

Took my son to school today and will do tomorrow. Kinda nice

Message Brian Wheeler

51°F    9:56 PM    10/30/2025