# Exhibit 9

## FILED AS RESTRICTED DOC - LEVEL 1

**From:** CDRM Insider Threat
**Sent:** Wednesday, September 23, 2026 9:59 AM
**To:** Wheeler, Brian
**Subject:** Re: Action Required - Non-Compliant File Transfers

Hello Brian,

We have also discovered that, in March of this year, you plugged an SD card into your HPE-managed computer and that the SD card volume was entitled “bw-hpe-code.”

Despite prior follow ups, we have not received your confirmation that no files containing HPE information assets exist outside of your HPE-managed device.

As a reminder, HPE’s cybersecurity policies prohibit the unauthorized transfer of HPE information assets externally and data backups using solutions other than those approved by HPE. Accordingly, we ask that you immediately identify all files that have been externally transferred, return any files that remain outside your HPE-managed device, and confirm in writing that no files exist outside your HPE-managed device.

Please note that you are required to comply with the above request, and further appropriate action will be taken if you fail to do so.

**Insider Threat Team**
Cybersecurity & Digital Risk Management
cdrminsiderthreat@hpe.com
**Hewlett Packard Enterprise**
HPE.com

*CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Hewlett Packard Enterprise.*

---

**From:** CDRM Insider Threat <cdrminsiderthreat@hpe.com>
**Date:** Friday, September 18, 2026 at 12:12 PM
**To:** Wheeler, Brian <brian.wheeler@hpe.com>
**Subject:** Re: Action Required - Non-Compliant File Transfers

Hello Brian,

Thank you for confirming the action you have taken and that the support ticket debug log files have been deleted. However, we still need your confirmation that no other files have been externally transferred and that no files containing HPE information assets (including any copies of the Outlook email archive file) exist outside of your HPE-managed device.

**Insider Threat Team**
Cybersecurity & Digital Risk Management
cdrminsiderthreat@hpe.com
**Hewlett Packard Enterprise**
HPE.com

*CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Hewlett Packard Enterprise.*

---

**From:** Wheeler, Brian <brian.wheeler@hpe.com>
**Date:** Friday, September 18, 2026 at 12:41 AM
**To:** CDRM Insider Threat <cdrminsiderthreat@hpe.com>
**Subject:** Re: Action Required - Non-Compliant File Transfers

I moved the mail archive to the Documents folder on my laptop. And yes, confirmed all the support ticket's debug log files are deleted.

Get [Outlook for Mac]

---

**From:** CDRM Insider Threat <cdrminsiderthreat@hpe.com>
**Date:** Thursday, September 17, 2026 at 6:33 PM
**To:** Wheeler, Brian <brian.wheeler@hpe.com>
**Subject:** Re: Action Required - Non-Compliant File Transfers

Dear Brian, thank you for your response.

The .olm file that was transferred on August 28, 2026 is an Outlook email archive, not log files. That file should be returned to HPE as soon as possible and we need your confirmation that the file (including any copies of the file) does not remain outside of your HPE-managed device.

Are you saying that all of the remaining files in the table (transferred on March 11, July 30 and August 4) are all log files that you have destroyed? Please confirm.

Please also confirm that no other files have been externally transferred and do not exist outside of your HPE-managed device.

**Insider Threat Team**
Cybersecurity & Digital Risk Management
cdrminsiderthreat@hpe.com
**Hewlett Packard Enterprise**
HPE.com

*CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Hewlett Packard Enterprise.*

---

**From:** Wheeler, Brian <brian.wheeler@hpe.com>
**Date:** Thursday, September 17, 2026 at 3:22 PM
**To:** CDRM Insider Threat <cdrminsiderthreat@hpe.com>
**Subject:** Re: Action Required - Non-Compliant File Transfers

Hello, these were log files used to troubleshoot a support ticket, and were destroyed after analyzing them. What needs to be done?

Get Outlook for Mac

---

**From:** CDRM Insider Threat <cdrminsiderthreat@hpe.com>
**Date:** Thursday, September 17, 2026 at 12:18 PM
**To:** Wheeler, Brian <brian.wheeler@hpe.com>
**Subject:** Action Required - Non-Compliant File Transfers

Dear Brian Wheeler:

Cybersecurity and Digital Risk Management (CDRM) monitors usage of HPE-managed devices to ensure compliance with HPE's cybersecurity policies and protect HPE's information assets. CDRM's monitoring has discovered the events set forth below where large volumes of files were transferred from your HPE-managed device to an external network share. This activity violates HPE's Managed End User Devices Standard and HPE's Protection of Information Assets and Confidential Information Policy, which prohibit data backups using solutions other than those approved by HPE (currently, OneDrive) as well as the unauthorized transfer of HPE information assets externally. HPE's Managed End User Devices Standard also prohibits the use of external storage devices such as USB, external hard drives, or SD cards, for any transfer or storage of HPE data.

To remediate this matter, **please arrange for the return of the below and any other files transferred externally that contain HPE information assets to CDRM as soon as possible and provide written confirmation that no such files remain outside of your HPE-managed device**. Users of HPE resources are responsible for knowing and complying with all HPE policies or procedures in their use of HPE resources, and as stated in HPE's Managed End User Devices Standard and other HPE policies, failure to comply or further violations may result in disciplinary action, up to and including termination of employment.

Thank you for your prompt attention to this matter.

| Date | FileName |
|---|---|
| 8/28/2026 | [redacted] |
| 8/4/2026 | [redacted] |
| 7/30/2026 | [redacted] |
| 3/11/2026 | [redacted] |

**Insider Threat Team**
Cybersecurity & Digital Risk Management
cdrminsiderthreat@hpe.com
**Hewlett Packard Enterprise**
HPE.com

HPE

*CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Hewlett Packard Enterprise.*