# Exhibit 10

## FILED AS RESTRICTED DOC - LEVEL 1

**McDonnell, Sean**

**From:** Wheeler, Brian
**Sent:** Tuesday, September 29, 2026 11:52 AM
**To:** McDonnell, Sean
**Cc:** Petrillo, Jesse
**Subject:** Re: Follow-up -- written confirmation required

Confirmed
Thank you!

Get Outlook for Mac

---

**From:** McDonnell, Sean <sean.mcdonnell2@hpe.com>
**Date:** Tuesday, September 29, 2026 at 9:40 AM
**To:** Wheeler, Brian <brian.wheeler@hpe.com>
**Cc:** Petrillo, Jesse <jesse.petrillo@hpe.com>
**Subject:** Follow-up -- written confirmation required

*Privileged & Confidential*

Hi Brian:

Thank you for speaking with us yesterday and clarifying the issues around the files covered in CDRM's emails to you on September 17, and September 23, 2026. As I mentioned during our call, we require your written affirmation regarding the relevant files (in addition to the statements you made when we spoke).

During our call, you confirmed that you had deleted all copies of the below files and that no copies of these files exist outside of your HPE-managed device:

| Date | FileName |
|---|---|
| 8/28/2026 | [redacted] |
| 8/4/2026 | [redacted] |
| 7/30/2026 | [redacted] |
| 3/11/2026 | [redacted] |

| | |
|---|---|
| 3/2026 | [redacted] |

You also stated that you are not aware of any other HPE files, documents, business records, or other information that you copied or externally transferred from HPE's systems, and you confirmed that, to the best of your knowledge, no such files, documents, records, or information exist outside of your HPE-managed device.

To provide the required written affirmation, you can reply to my email stating "Confirmed." By replying "Confirmed," you'll be acknowledging that the statements in my email are correct, that you have deleted all copies of externally transferred files, and that, to the best of your knowledge, no HPE files, documents, business records or other information exist outside of your HPE-managed device.

Thank you again for your time and for providing the requested clarifications.

Best,

Sean

**Sean P. McDonnell**
VP of Investigations
Hewlett Packard Enterprise
2520 Renaissance Blvd., Suite 120
King of Prussia, PA 19406

*This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in this message. If you have received this message in error please delete the message.*