# Exhibit 11

**Case: EP_1375 - Hotline Web**
**Hewlett Packard Enterprise**
**Other**

## Case Snapshot

Opened:
09/30/2026

Days Open:
1

Last modified:
10/01/2026 9:01 AM

Intake Method:
Hotline Web

Status:
In Process

Alert:
Green

## General Case Info

### General Case Info

Case number:
EP_1375

Received/Reported date:
09/30/2026

Language:
English

Assigned tier:
Hewlett Packard Enterprise

### Issue

Primary issue:
Other

Summary
No summary text to display

## Case Details



### Reported tier information

Case type:
Allegation

Intake method:
Hotline Web

## Location

Organization/Building name:
Hewlett Packard Enterprise

Country/Territory:
United States

## Reporter Information

Reporter anonymous:
Yes

## Case Information

What is your relationship to the Organization?
Employee

Please identify the person(s) engaged in this behavior:
unknow unknown

Do you suspect or know that a supervisor or management is involved?
Do Not Know / Do Not Wish To Disclose

Is management aware of this problem?
Do Not Know / Do Not Wish To Disclose

What is the general nature of this matter?
Concern regarding the provenance, ownership, approval process and open-source release of a software development tool used by engineering teams.

Where did this incident or violation occur?
The matter relates to engineering workflow activities and the public Hero GitHub repository. It was identified through review of repository content and discussions raised by members of my engineering team.

Repository: https://github.com/hero-engine/hero

How long do you think this problem has been going on?
1 to 3 months

What is your involvement in the issue?
Told to me by a co-worker

Do you believe that anyone has taken steps to hide this issue?
Do Not Know / Do Not Wish To Disclose



Case Details:
I am raising this concern anonymously after it was brought to my attention by members of my engineering team.

From approximately May 2026, our team was directed to use the Hero tool as part of our software development workflow. At that time, the project was not publicly available and appeared to be maintained in a private repository.

Subsequently, the Hero project became publicly available as an open-source project. This occurred after Brian Wheeler announced that he would be leaving HPE.

Following the public release, members of my team raised questions regarding the provenance, ownership, governance and approval process associated with the project. As their manager, I performed some limited fact-finding to better understand the concerns.

My observations are:

Hero was introduced into engineering workflows before it was publicly available.
The project later became publicly available as an open-source repository.
Public repository content contains references to the name "Brian Wheeler" within technical discussions and examples.
I have been unable to identify visible public commit history attributed to "Brian Wheeler", although other contributors appear in the repository history.
Team members have raised questions regarding project ownership, provenance and the use of privacy services associated with project-related domains.
The public repository is: https://github.com/hero-engine/hero

I am not alleging misconduct and I do not have sufficient information to determine ownership, authorship, intellectual property rights, intent, or whether any policy violation has occurred.

However, given that the tool was introduced into engineering workflows before becoming publicly available, and given the questions subsequently raised by members of my team, I would appreciate an independent review to confirm:

Whether appropriate legal, intellectual property and open-source governance reviews were completed.
Whether appropriate security and compliance reviews were completed.
Whether the introduction of the tool into engineering workflows was appropriately reviewed and approved.
Whether the public release of the project followed the relevant company processes and approvals.

I am submitting this anonymously because the tool is currently being used by multiple engineering teams and I would prefer the matter to be reviewed independently based on the facts.

---

### Legacy information

## Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|---|---|---|---|---|---|
| unknown, unknow | None | None | None | None | |

## Attachments

None