# Exhibit 13



chet-bellows

3 followers · 0 following

Follow

Block or report user

Overview Repositories Projects Packages Stars 8

Popular repositories

**chet-bellows doesn't have any public repositories yet.**

1 contribution in the last year

Oct Nov Dec Jan Feb Mar Apr May Jun Jul A

Mon

Wed

Fri

Learn how we count contributions

Less More

Contribution activity

**October 2026**

chet-bellows has no activity yet for this period.

Show more activity