# Exhibit 14

**From:** Lawless, Christopher
**To:** Sawtelle, James G.; Larry Lee
**Cc:** Jonathan B. Boonin; Kimberly M. Hult; De Vries, Mike W.; Alper, Adam R.; Mizzo, F. Christopher; Vartain, Laura
**Subject:** HPE/Brian Wheeler — Follow-Up on Outstanding Obligations re HPE Confidential Information and Proprietary Developments
**Date:** Wednesday, October 21, 2026 3:30:51 PM

---

Dear Mr. Sawtelle:

I'm writing regarding Hewlett Packard Enterprise's (HPE) Tuesday, October 13, 2026 letter regarding Mr. Wheeler and your response on Thursday October 15.

HPE's letter explained Mr. Wheeler's multiple acts of trade secret misappropriation and breaches of his confidentiality obligations to HPE. While your October 15 response aggressively calls HPE's concerns "shockingly baseless," we have not received any identification or explanation of the supposed factual inaccuracies.

Moreover, while you said that Mr. Wheeler "intends to continue to cooperate with HPE," he has not complied with any of HPE's reasonable requests for information and action to ensure the protection of HPE's proprietary data and files. Mr. Wheeler's failure to engage and cooperate confirms the ongoing irreparable harm to HPE from Mr. Wheeler's misappropriation of HPE's trade secrets and confidential information.

Please take notice that HPE intends to imminently file a civil action against Mr. Wheeler with a motion for a temporary restraining order and preliminary injunction unless we receive the full written information, device access, and other items requested in HPE's letter by 3:00 pm MT tomorrow. **HPE is available to meet and confer tomorrow between 8:00 am and 3:00 pm MT** per D.C.COLO.LCivR 7.1. Please let us know a convenient time. We will promptly send you copies of any filings by email and convey the date and time of any hearing. Please let us know if you are not authorized to accept service so that we can prepare to personally serve Mr. Wheeler.

HPE reserves all rights and remedies, and we remind Mr. Wheeler of his obligations to preserve all potentially relevant evidence.

With kind regards,
-Chris

**Christopher Lawless**

**KIRKLAND & ELLIS LLP**
2049 Century Park East, Suite 3700, Los Angeles, CA 90067
**T** +1 213 680 8217 **M** +1 213 258 8220
**F** +1 213 680 8500

christopher.lawless@kirkland.com

**From:** Sawtelle, James G. <JSawtelle@Venable.com>
**Sent:** Thursday, October 15, 2026 2:24 PM
**To:** Lawless, Christopher <clawless@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Mizzo, F. Christopher <chris.mizzo@kirkland.com>; De Vries, Mike W. <michael.devries@kirkland.com>; Alper, Adam R. <aalper@kirkland.com>
**Cc:** Larry Lee <larry@coloradoemploymentlawllc.com>
**Subject:** RE: HPE Lawless Demand to Cease and Desist, Return HPE Information, and Preserve Evidence

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Counsel:

Further to Mr. Lee's communication below, be advised that this law firm represents Mr. Brian Wheeler in connection with the issues raised in your letter of Tuesday, October 13, 2026. Kindly direct all further communications with our client to Mr. Lee and me.

Your allegations are very serious and appear to be based on incorrect assumptions of fact that are demonstrably false. Once we have completed our comprehensive investigation into this matter, we will provide you with an appropriate and substantive response. In the meantime, you may rest assured that our client has engaged in no "unlawful misappropriation of confidential, proprietary, and trade secret information"; has not "removed from HPE environments confidential and proprietary HPE files, code and other data"; has not "exfiltrated any HPE Information"; and has not "encouraged" or "worked in concert with others . . . in a coordinated scheme" to violate any agreements made with HPE. Notwithstanding the scurrilous nature of these shockingly baseless allegations, our client intends to continue to cooperate with HPE, to address and resolve any outstanding issues between the parties promptly and amicably.

Especially when viewed in light of the parties' recent history, your threat of initiating litigation absent adoption of an untrue narrative and immediate compliance with your demands is not well-taken. If your client chooses to pursue this route and abandon the previous cooperative effort to address the actual facts through the agreed-upon winding down of the parties' relationship, such action will be met with a suitably vigorous response.

This communication is made without waiver by our client of any available rights or remedies, all of which are hereby expressly reserved to the fullest extent allowable by law.

James G. Sawtelle | Partner-in-Charge, Denver | Venable LLP
t 303.301.1493 | m 303.521.8533
1144 Fifteenth Street, Suite 3600, Denver, CO 80202

JSawtelle@Venable.com | www.Venable.com

**From:** Larry Lee <larry@coloradoemploymentlawllc.com>
**Sent:** Thursday, October 15, 2026 2:07 PM
**To:** Lawless, Christopher <clawless@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>; Mizzo, F. Christopher <chris.mizzo@kirkland.com>; De Vries, Mike W. <michael.devries@kirkland.com>; Alper, Adam R. <aalper@kirkland.com>
**Cc:** Sawtelle, James G. <JSawtelle@Venable.com>
**Subject:** HPE Lawless Demand to Cease and Desist, Return HPE Information, and Preserve Evidence

**Caution: External Email**

---

Hi Mr. Lawless, Ms. Vartain, Mr. Mizzo, and Mr. De Vries.

I am introducing you to my co-counsel, Jim Sawtelle, of the Venable law firm. We are in receipt of your recently sent cease and desist letter. Mr. Sawtelle will respond back to you this afternoon, likely by email. Larry

*Lawrence Lee, Esq.*
Colorado Employment Law LLC
720.381.7853 (Direct)

---

**From:** Lawless, Christopher <clawless@kirkland.com>
**Sent:** Tuesday, October 13, 2026 4:57 PM
**To:** Larry Lee <larry@coloradoemploymentlawllc.com>
**Cc:** Alper, Adam R. <aalper@kirkland.com>; De Vries, Mike W. <michael.devries@kirkland.com>; Mizzo, F. Christopher <chris.mizzo@kirkland.com>; Vartain, Laura <laura.vartain@kirkland.com>
**Subject:** Demand to Cease and Desist, Return HPE Information, and Preserve Evidence

Dear Mr. Lee:

My name is Chris Lawless. I'm a lawyer at the law firm Kirkland & Ellis, and we represent Hewlett Packard Enterprise Company regarding the below matter involving Mr. Wheeler. Please see the attached letter on these issues, including my request that you respond by 3:00 pm MT on Thursday, October 15, 2026.

With kind regards,
-Chris

**Christopher Lawless**

**KIRKLAND & ELLIS LLP**
2049 Century Park East, Suite 3700, Los Angeles, CA 90067
**T** +1 213 680 8217 **M** +1 213 258 8220
**F** +1 213 680 8500

christopher.lawless@kirkland.com

**From:** McDonnell, Sean <sean.mcdonnell2@hpe.com>
**Sent:** Tuesday, October 13, 2026 1:32 PM
**To:** Wheeler, Brian <brian.wheeler@hpe.com>
**Cc:** larry@coloradoemploymentlawllc.com
**Subject:** Notice of Administrative Leave, Rescission of Separation Offer, and Related Actions

Dear Mr. Wheeler:

I write on behalf of Hewlett Packard Enterprise Company ("HPE") regarding your apparent acquisition, use, and/or disclosure of HPE confidential, proprietary, and trade secret information. The type of conduct at issue, which will be addressed in a separate letter, violates your confidentiality obligations to HPE, including under the HPE Agreement Regarding Confidential Information and Proprietary Developments that you signed on August 13, 2024, as well as the HPE Confidential Information Policy and the Standards of Business Conduct.

Effective immediately, HPE is taking the actions set out below, pending its further investigation.

- **Administrative Leave.** You are placed on paid administrative leave, effective immediately. While on leave, you must not perform any work on behalf of HPE; access HPE premises, systems, or devices; or contact HPE customers, suppliers, or business partners regarding HPE business without HPE's prior written authorization. During the period of your administrative leave, you are required to provide and maintain a valid contact at which you can be reached by HPE investigators. You are also required to cooperate with such further investigation or interview requests as you may receive from HPE.
- **No Outstanding Separation Offer.** Per HPE Legal, we understand that you have rejected the offer regarding your separation from HPE. But to avoid any potential confusion, per HPE Legal, we advise you that there is no pending offer regarding your separation from HPE (including any offers regarding early separation or your holdback agreement), any such offer is rescinded, and HPE is suspending any further negotiation of those matters.
- **Termination of Systems Access.** Your access to all HPE systems, devices, networks, applications, accounts, and repositories has been suspended. You must not attempt to access, or assist anyone else in accessing, any HPE system or device, unless instructed to do so by HPE.
- **Return of HPE Devices.** You must immediately return all HPE-issued, owned, and/or managed devices and equipment in your possession, custody, or control, including your HPE-managed laptop, any SD cards or other storage media used with HPE devices, and any security tokens or badges. Please carefully pack all such devices in protective

materials adequate for shipping and send them via tracked overnight delivery with signature confirmation to HPE's outside legal counsel on this matter: Christopher Lawless, Kirkland & Ellis LLP, 2049 Century Park East, Suite 3700, Los Angeles, CA 90067. **Do not wipe, reset, reformat, or otherwise alter any device before returning it**. You are strictly prohibited from deleting any files or data from your devices and/or otherwise damaging them.

- **Removing Public Access to HPE Information.** You must immediately take all steps within your control to restrict public access to any GitHub or other open-source repositories containing HPE data or information (for example, by making them private), including the hero-engine GitHub organization and any related repositories, without deleting or altering their contents, pending HPE's forensic inspection.
- **Preservation of Evidence.** You are obligated to preserve, and must not delete, destroy, alter, conceal, or transfer, any documents, communications, files, code, or data that may be relevant to this matter, wherever located, including on any personal devices, email or messaging accounts, cloud or other online storage, and GitHub accounts or organizations (including the "hero-engine" organization, all related repositories, and the username "chet-bellows"). You also must not instruct, encourage, or suggest that anyone else do so.
- **Information Demand.** HPE requests that you provide the following information in writing within two business days: (1) confirm the full extent to which you have exfiltrated any HPE information, data, or materials, or disseminated it to any other devices, storage locations, or third-parties; (2) identify all electronic devices, including all personal devices and storage accounts, that you have used to access or transmit HPE information; and (3) identify all other people that you are aware of that have been involved in any way in exfiltrating or improperly using HPE information, the dates and circumstances of such conduct, and all involved devices and storage locations.

Per the HPE Standards of Business Conduct, you remain obligated to cooperate fully with HPE's ongoing investigation. Nothing in this letter waives or limits any of HPE's rights or remedies, all of which are expressly reserved.

Best,

**Sean P. McDonnell**
Global VP of Investigations
Hewlett Packard Enterprise
2520 Renaissance Blvd., Suite 120
King of Prussia, PA 19406

*This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in this message. If you have received this message in error please delete the message.*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

*****************************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*****************************************************************************************